# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>vs.<br>Billy Ray Holiday<br>　　　　　　　　Defendant, | No. CR 09-336-006 HA<br><br>WAIVER OF HEARING<br>MODIFICATION OF BOND CONDITIONS |

I, Billy Ray Holiday, have been advised that U.S. Pretrial Services Officer Mercedes Kolbe will petition the Court for modification of my bond conditions as follows:

Revise the no contact condition to read:

- The defendant shall not have any contact with co-defendants: James Ray Yoakum, David Junior Stephens, James Terrance Warren, Kimberly Diane Dishman, Denorse Dee Allen, Jr., Rochelle Evette Crawford, Tyrone Christopher Williams.

I have also been advised that I am entitled to a hearing before the Court in which I would be represented by legal counsel in order to contest this proposed modification. I concur with the proposed modification and hereby waive such a hearing.

10-28-09　　　　　　　　　　　　　Billy Holiday
Date　　　　　　　　　　　　　　　Billy Ray Holiday, Defendant

10-27-09
Date　　　　　　　　　　　　　　　Mercedes Kolbe, Pretrial Services Officer

Date　　　　　　　　　　　　　　　Steve Sherlag, Defense Counsel

10/27/09
Date　　　　　　　　　　　　　　　Scott Kerin, AUSA

10/27/2009
Date　　　　　　　　　　　　　　　The Honorable Dennis J. Hubel, U.S. Magistrate Judge

WAIVER OF HEARING
RE: MODIFICATION OF BOND CONDITIONS