**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 09-336-HA |
| v. | PROTECTIVE ORDER PERTAINING TO DISCOVERY |
| **JAMES RAY YOAKUM, et al.**<br>            Defendants. | |

Upon motion of the United States, the Court being advised as to the nature of this case, and there being no objection by the defense, it is hereby:

ORDERED that pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure, counsel for the defendant shall not disclose or provide, to any person except members of the defense team and those persons employed by defense counsel who are necessary to assist counsel in preparation for trial or other proceedings, any discovery material produced by the government which contains:

(a)     personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, professional license number, or family members' names ("Personal Information"); or

(b)     financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, account names and contact information, account history, account balances, account statements, or taxpayer identification numbers ("Financial Information"),

unless defense counsel first redacts the Personal Information and Financial Information from the discovery material.

    IT IS FURTHER ORDERED pursuant to 26 U.S.C. § 6103 that the United States is permitted to disclose to defense counsel of record returns and taxpayer return information it has obtained during its investigation of this case. The defendant and counsel shall use the disclosed returns and taxpayer return information solely in connection with the criminal proceeding herein, and shall make no disclosure to any other person except in accordance with 26 U.S.C. § 6103.

    DATED this _____ day of December 2009.

    _____
    THE HONORABLE ANCER L. HAGGERTY
    United States District Judge

KENT S. ROBINSON
Acting United States Attorney


s/ Scott M. Kerin
SCOTT M. KERIN, OSB #965128
Assistant United States Attorney